IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY DAVIDSON,**<br><br>Petitioner,<br><br>v.<br><br>**AMY MILLER,**<br><br>Respondent. | 1:14-cv-00745 AWI MJS HC<br><br>**ORDER REQUIRING RESPONDENT TO PRODUCE RECORDS** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent is represented in this action by Robert Nash of the Office of the Attorney General for the State of California.

**I.**     **BACKGROUND**

On May 19, 2014, Petitioner filed the instant federal petition for writ of habeas corpus in this Court. On August 20, 2014, Respondent filed a motion to dismiss the petition as being filed outside the one-year limitations period prescribed by 28 U.S.C. § 2244(d) and for failure to exhaust state remedies under 28 U.S.C. § 2254(b)(1). (Mot., ECF No. 11.)

///

///

1

## II. DISCUSSION

Rule 7 of the Rules Governing Section 2254 Cases ("Rule 7") allows the Court to require the parties to expand the record. Specifically, Rule 7 states:

> Expanding the Record
>
> In General. If the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition. The judge may require that these materials be authenticated.

See Rules Governing Section 2254 Cases, Rule 7. As stated in the advisory committee notes regarding the 2004 amendments to Rule 7, "the rule has been changed to remove the reference to the 'merits' of the petition in recognition that a court may wish to expand the record in order to assist it in deciding an issue other than the merits of the petition." Rule 7, advisory committee notes.

In the motion to dismiss, Respondent contends that given the benefit of the mailbox rule, Petitioner's third state petition should be considered filed before the California Supreme Court on October 1, 2013. (See Lodged. Doc. 9.) While the petition was signed and dated on October 1, 2013, the proof of service was signed and dated nearly two weeks earlier on September 18, 2013. (Id.) To address the discrepancy in dates, the Court hereby requests Respondent to provide the Court with Petitioner's prison mail logs for the months of September and October, 2013.

## III. ORDER

Respondent is hereby ORDERED to produce Petitioner's prison mail logs for the months of September and October, 2013. The documents are to be filed with the Court within thirty (30) days of service of this order.

IT IS SO ORDERED.

Dated: September 29, 2014        /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2