IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY DAVIDSON,**<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**AMY MILLER,**<br><br>　　　　　　　　　Respondent. | 1:14-cv-00745 AWI MJS HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION**<br><br>**[Docs. 11, 17]** |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On November 26, 2014, the Magistrate Judge issued a Findings and Recommendation that Respondent's Motion to Dismiss be DENIED. This Findings and Recommendation was served on all parties with notice that any objections were to be filed within thirty (30) days of the date of service of the order. Neither party filed objections.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 26, 2014, is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss is DENIED; and
3. The matter is referred to the Magistrate Judge for further adjudication in light of this order.

IT IS SO ORDERED.

Dated:   February 12, 2015                                    /s/ signature

SENIOR DISTRICT JUDGE